**Larry STATON, Appellant,**

v.

**DIVISION OF EMPLOYMENT SECURITY, Respondent.**

**No. WD 70772.**

Missouri Court of Appeals, Western District.

Nov. 10, 2009.

Larry Staton, Kansas City, MO, pro se.

Ninion S. Riley, Jefferson City, MO, for Respondent.

Before Division III: THOMAS H. NEWTON, Chief Judge, and MARK D. PFEIFFER and KAREN KING MITCHELL, Judges.

### Order

PER CURIAM.

Larry Staton appeals the Labor and Industrial Relations Commission's order affirming the dismissal of his claim for unemployment benefits. We affirm. Rule 84.16(b).